UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

AYANA MUMIN, *individually and on behalf of all others similarly situated,*

                        Plaintiff,

-against-

MILLER & MILONE, P.C.,

                        Defendant.

------------------------------------- X

ORDER

21 Civ. 1553 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled for June 2, 2021 at 9:30 am is hereby cancelled. An oral argument on Defendants' Motion to Dismiss the Complaint, (ECF 9), is scheduled for September 8, 2021 at 11:00 am.

Dated: May 25, 2021
       New York, New York

SO ORDERED.

*(signature)*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE