UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AYANA MUMIN, *individually and on behalf of all others similarly situated*,

                           Plaintiff,

  -against-

MILLER & MILONE, P.C.,

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

21 Civ. 1553 (GBD)

GEORGE B. DANIELS, District Judge:

For the reasons stated on the record at the September 8, 2021 oral argument, Defendant's motion to dismiss the Complaint, (ECF No. 9), is DENIED. The Clerk of Court is directed to close the motion at ECF No. 9, accordingly.

Dated: September 8, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE