UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AYANA MUMIN,                                                 :
                                                             :
                    Plaintiff,                               :     ORDER
                                                             :
        -v.-                                                 :
                                                             :     21 Civ. 1553 (GBD) (GWG)
MILLER & MILONE, P.C.                                        :
                                                             :
                    Defendant.                               :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      On April 11, 2022, in ruling on what appeared to be an unopposed application by defendant (Docket # 34), this Court issued an order precluding plaintiff from introducing certain documents, see Order of April 11, 2022 (Docket # 35). Plaintiff has now filed a letter opposing preclusion of the documents (Docket # 36).

      Because the parties appear to have no objection to an alternative form of relief — namely, holding a second deposition of plaintiff — the Court's April 11, 2022 Order is hereby vacated. Plaintiff is ordered to make herself available for a deposition on or before April 22, 2022, and the discovery deadline is extended to that date. The deadline for filing a summary judgment motion before Judge Daniels is extended to May 27, 2022.

Dated: New York, New York
       April 12, 2022

                               SO ORDERED:

                               GABRIEL W. GORENSTEIN
                               United States Magistrate Judge