UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

AYANA MUMIN, individually and on behalf of
all others similarly situated,

                          Plaintiff,

-against-

MILLER & MILONE, P.C.,

                         Defendant.

------------------------------------x

ORDER

21 Civ. 1553 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court will hear oral argument on the parties' cross-motions for summary judgment, (ECF Nos. 40 and 44), on October 5, 2022 at 10:15 a.m.

Dated: June 29, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge