UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

AYANA MUMIN, individually and on behalf of
all others similarly situated,

                          Plaintiff,                ORDER

      -against-                          21 Civ. 1553 (GBD)

MILLER & MILONE, P.C.,

                        Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

       At the parties' request, the oral argument scheduled for October 5, 2022 is adjourned to October 25, 2022 at 10:30 a.m.

Dated: September 19, 2022
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge