UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

AYANA MUMIN, individually and on behalf of
all others similarly situated,

                                 Plaintiff,              ORDER

            -against-                      21 Civ. 1553 (GBD)

MILLER & MILONE, P.C.,

                               Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

       The oral argument scheduled for October 25, 2022 is rescheduled to October 27, 2022 at 10:00 a.m. Unless otherwise ordered, the argument will proceed in-person.

Dated: October 17, 2022
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge