**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AYANA MUMIN, individually and
on behalf of all others similarly situated,

                Plaintiff,                21 **CIVIL** 1553 (GBD)

    -against-                      **JUDGMENT**

MILLER & MILONE, P.C.
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated November 10, 2022, Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's Motion for Summary Judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
           November 10, 2022

                                                        **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                **BY:**

                                                                **Deputy Clerk**